Tom R. Grimmett, Trustee
2275 Corporate Circle, Suite 120
Henderson, Nevada 89074
Phone: (702) 740-4152
Fax:  (702) 795-4479

RECEIVED
AND FILED

2009 AUG 31 PM 1:42

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE DISTRICT OF NEVADA

01-11719 LEAD CASE

In re:                                   ) Case No. 01-11721 BAM
                                         ) In Proceedings Under Chapter 7
AMERICAN ENCHANTMENT II LLC              )
                                         )
                                         ) NOTICE OF UNCLAIMED FUNDS
           Debtor(s).                    )
                                         )

Pursuant to Rules 3010 and 3011 of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court.  These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| CLAIM # | CLAIMANT & ADDRESS | CAS 106000 | CAS 613300 |
|---|---|---|---|
| 3 | D. L. Denman Construction Co.<br>James E. Barfield, Esq.<br>4080 East Lake Mead Blvd. #200<br>Las Vegas, NV 89115 | $0.36 | |
| 5 | Berner Electric, Inc.<br>255 Citation Circle<br>Corona, CA 92880-2523 | $0.05 | |
| 6 | Berner Electric, Inc.<br>255 Citation Circle<br>Corona, CA 92880-2523 | $0.38 | |

#192347  $1.33

| CLAIM # | CLAIMANT & ADDRESS | CAS 106000 | CAS 613300 |
|---|---|---|---|
| 16 | Sears Roebuck & Co.<br>Atlanta Commercial Credit<br>Central 8406<br>PO Box 450627<br>Atlanta, GA 31145-9800 | $0.01 | |
| 17 | James Michael Henry<br>Tammy Lee Henry<br>1349 W. Horizon Ridge Pkwy. #423<br>Henderson, NV 89012 | $0.43 | |
| **TOTAL** | | $1.33 | |

DATE: **8/27/2009**

TOM R. GRIMMETT, TRUSTEE

NOTE: Claims that are $25.00 or less go into CAS 10600. Claims that are more than $25.00 go into CAS 613300. The amounts that are to be deposited into the registry can be written on check only.